■ KIDDER, PEABODY & CO. v. LEONARD LOEWE et al.— Motion by defendant Edward Edelman for an order striking the designation "respondent" appearing after the name of said defendant from the title of these proceedings and for other relief, granted to the extent of striking the designation "respondent" appearing after the name of Edward Edelman from the title of these proceedings. Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ.

■ In the Matter of the Arbitration between SAMUEL BRONSTON and BARNETT GLASSMAN.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before February 16, 1961, with notice of argument for February 28, 1961, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before February 23, 1961. The stay contained in the order to show cause, dated January 24, 1961, is continued pending the hearing and determination of the appeal. Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ.

## (February 3, 1961)

■ In the Matter of NATHAN LANS, Deceased. BERNICE MARLOWE, Respondent; LAWRENCE I. MILLER et al., Appellants.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before March 28, 1961, with notice of argument for the May 1961 Term of this court, said appeal to be argued or submitted when reached, and on the further condition that the appellants, Arthur L. Lans and Sybil Lans Kerns file the undertaking required by section 298 of the Surrogate's Court Act, on or before February 10, 1961. Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.

■ ADOLPH TAUSIK v. HELEN T. TAUSIK, Also Known as HELEN T. GROSSMAN.— Motion for a stay granted on condition that the bond heretofore filed be increased to the sum of $1,000 and on the further condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before February 16, 1961, with notice of argument for February 28, 1961, said appeal to be argued or submitted when reached. The stay of eviction contained in the order to show cause, dated January 24, 1961, is vacated. Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ.

■ MICHAEL PRUZAN et al. v. BOARD OF EDUCATION OF THE CITY OF NEW YORK.— Motion for a preference granted to the extent of adding the above-entitled appeal to the Enumerated Calendar of this court for February 16, 1961 on condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before 12 o'clock noon on February 7, 1961. The respondent's points are to be served and filed on or before 4:00 P.M. on February 14, 1961. That branch of the motion requesting leave to dispense with printing in the record on appeal of Legislative Document No. 32, Report of the New York State Joint Legislative Committee on Industrial and Labor Relations is granted on condition that a copy thereof is handed up to the court on the argument or submission of the appeal. Concur — Botein, P. J., Rabin, Eager and Bastow, JJ.